1
2
3
4
5
6
7
8         **UNITED STATES DISTRICT COURT**
9        **SOUTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11   SAMUEL AUSTIN BIRCH and LORAINE DALE HALL, | CASE NO. 12-CV-2158 JLS (BGS) |
| 12                   Plaintiffs, | **ORDER SETTING BRIEFING SCHEDULE** |
| 13      vs. | (ECF No. 3) |
| 14   BANK OF AMERICA, N.A.; BAC HOME LOANS SERVICING, LP, a California limited partnership, | |
| 16               Defendants. | |

17

18       Presently before the Court is Defendants Bank of America, N.A. and BAC Home Loans

19 Servicing, LP's ("Defendants") motion to partially dismiss Plaintiffs Samuel Austin Birch and Loraine

20 Dale Hall's ("Plaintiffs") complaint and strike Plaintiffs' claim for punitive damages. (ECF No. 3.)

21 A hearing for the motion is currently set for January 10, 2013 at 1:30 p.m. Plaintiffs **SHALL FILE**

22 their opposition on or before December 13, 2012. Defendants **SHALL FILE** their reply on or before

23 December 20, 2012.

24       **IT IS SO ORDERED**.

25 DATED:  November 15, 2012

26                             _Janis L. Sammartino_
                            Honorable Janis L. Sammartino
27                             United States District Judge

28

12cv2158