Kevin C. Young, Esq., CSB# 125298
750 B Street, Suite 2550
San Diego, CA  92101
Telephone: (619)232-3090
Facsimile: (619)696-0045
E-Mail: kevincyoungesq@aol.com

Attorney for Plaintiffs SAMUEL AUSTIN BIRCH and LORAINE DALE HALL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL AUSTIN BIRCH and LORAINE DALE HALL, <br><br> Plaintiffs, <br><br> vs. <br><br> BANK OF AMERICA, N.A.; BAC HOME LOANS SERVICING, LP, a California limited partnership, <br><br> Defendants. | CIVIL ACTION NO. 12-cv-02158-JLS (BGS) <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** <br><br> Courtroom: 6 <br> Judge: Hon. Janis L. Sammartino <br><br> Magistrate: Hon. Bernard G. Skomal |

**<u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)</u>**

   Pursuant to rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs SAMUEL AUSTIN BIRCH and LORAINE DALE HALL hereby give notice that the above-captioned action is voluntarily dismissed without prejudice.

Dated: December 13, 2012

*/s/ Kevin C. Young*
Kevin C. Young, Esq.
Attorney for Plaintiffs
SAMUEL AUSTIN BIRCH and
LORAINE DALE HALL